■ CHARMER INDUSTRIES, INC., Respondent, v ZURICH INSURANCE COMPANY et al., Appellants. (And Another Title.)—Appeal by the defendants from so much of an order of the Supreme Court, Queens County, dated March 27, 1987, as denied their motion for summary judgment.

Ordered that the order is affirmed insofar as appealed from,

with costs, for reasons stated by Justice Graci in his memorandum decision at the Supreme Court, Queens County. Mangano, J. P., Thompson, Bracken, Lawrence and Kunzeman, JJ., concur.